# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

11/3/10

*$2.19*
*#7650*
*11/8/10*

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

      Re:    JAROSZEK, JAMIE M.    /Case # 08-22110
               Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

      Enclosed please find my Trustee's check in the amount of $2.19. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

      _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

      __✔__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  University of Rochester Medical Center    Amount $ 2.19    Claim Register # 2

*[signature]*
DOUGLAS J. LUSTIG
Trustee

FILED 2010 NOV -8 AM 10: 02 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1307

585 232 3730
FAX 585 232 3882
www.cdog.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP